```
JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL RODRIGUEZ LOBAINA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:23-cv-00136-VCF<br><br>**UNOPPOSED MOTION FOR<br>EXTENSION OF TIME<br>(*FIRST REQUEST*)** |

  Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion to Remand (Dkt. No. 16, filed on April 20, 2023), currently due on May 22, 2023, by 45 days, through and including July 6, 2023. Defendant further requests that all subsequent deadlines be extended accordingly.

  This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Defendant respectfully requests this additional time because counsel is currently in the process of determining if a settlement agreement is possible. If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Motion to Remand. This request is made in good faith and with no intention to unduly delay the proceedings.

On May 18, 2023, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Motion to Remand, through and including July 6, 2023.

Dated: May 18, 2023         Respectfully submitted,

                            JASON M. FRIERSON
                            United States Attorney

                            */s/ David Priddy*
                            DAVID PRIDDY
                            Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-25-2023

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Leonard Stone
Shook & Stone, Chtd.
710 S Fourth Street
Las Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Attorney for Plaintiff

Dated: May 18, 2023

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

3